FILED

2022 NOV -8 PM 3:36

CLERK, US [illegible]
MIDDLE [illegible]
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

AS JANE DOE

**Plaintiff(s)**

v.

Case No. 8:22cv2542 CEH-JSS

BRIT MF PRESERVE at Lakeland, LLC

BH MANAGEMENT, LLC

**Defendant(s)**

## MOTION TO SEAL - CIVIL SUIT
(Title of Document)

TO WHOM IT MAY CONCERN I AM REQUESTING TO KEEP MY IDENTITY SEALED HIDDEN GOING THROUGH THIS PROCESS HAS ALREADY COST ME A VICE PRESIDENT JOB AS THE LAKELAND POLICE DEPARTMENT OR SOMEONE ELSE PUT RECORDS RELATED TO THIS CASE ON THE INTERNET. (CRIMINAL PART OF THE CASE)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓