UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHARMAINE SAUNDERS**

Plaintiff.

v.                                                                CASE NO. **8:22-CV-2542-CEH-JSS**

**BREIT MF PRESERVE AT LAKELAND, LLC**

**BH MANAGEMENT SERVICES, LLC**

Foreign Limited Liability Companies.

Defendants

---

DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, **CHARMAINE SAUNDERS**, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:
**There is so such corporation**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members

**Breit MF Preserve at Lakeland, LLC Principal Address**: 233 S. Wacker Drive suite 4700 Chicago, IL 60606, Registered Agent - **Corporation Service Company** 1201 Hays Street Tallahassee, FL 32301, **Breit MF B2 Investors LLC. BH Management Services, LLC. Principal Address:** 400 Locust St Suite 790 Des Moine, IA 50309,

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

<u>Breit MF Preserve</u>

AGARWAL, A.J. - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

CAPLAN, KENNETH A - SENIOR MANAGING DIRECTOR, PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

COHEN, FRANK - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

CUTAIA, GIOVANNI - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

HARPER, ROBERT - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

HENRITZE, TYLER - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

BREIT MF B2 INVESTORS LLC - MEMBER

---

there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

233 S. WACKER DRIVE, SUITE 4700
CHICAGO, IL 60606

**MCCARTHY, KATHLEEN** - SENIOR MANAGING DIRECTOR, PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**MEGHJI, NADEEM** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**STEIN, WILLIAM J** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**LEPATNER, WESLEY** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**WERNER, JACOB** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**LASCHER, MICHAEL** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**LEVINE, DAVID** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**ARMER, DOUG** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**BEOVICH, ANTHONY** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**DRASITES, ANDREA** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**KIM, BRIAN** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**MADHANY, QAHIR** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**MARONE, ANTHONY F, Jr.** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**PIANKO, MELISSA** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**QUINLAN, PAUL** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**SPROGIS, KAREN** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**WIEBOLT, MICHAEL** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**VOLCHYOK, LEON** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**INGLE, RYAN** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**CARSON, JOSHUA** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**WU, ERIC** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**PRETE, JOHN** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**ZACKOWITZ, DAVID** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**HAMID, ASIM** - SENIOR MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**LIN, BRIAN** - MANAGING DIRECTOR, VICE PRESIDENT
345 PARK AVENUE
NEW YORK, NY 10154

**GRIMALDI, NICOLE** - CHIEF ACCOUNTING OFFICER
233 S. WACKER DRIVE, SUITE 4700
CHICAGO, IL 60606

**BERINGER, MICHAEL** - VICE PRESIDENT - ACCOUNTING
233 S. WACKER DRIVE, SUITE 4700
CHICAGO, IL 60606

**LENIHAN, MARC** - SENIOR DIRECTOR - TREASURY
233 S. WACKER DRIVE, SUITE 4700
CHICAGO, IL 60606

**KLANK, MARIKAY** - VICE PRESIDENT - TAX
233 S. WACKER DRIVE, SUITE 4700
CHICAGO, IL 60606

5

**BH Management Services, LLC**

Rosenzweig, Eric - Manager
20 Horseneck Lane
Greenwich, CT 06830

Zabriskie, Joanna - Manager
1875 Meadow Ridge Dr
Dexter, MI 48130

Bisanz, Thomas - Manager
2591 Dallas Pkwy, Ste 300
Frisco, TX 75034

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **Unknown**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **Breit MF Preserve at Lakeland, LLC Principal Address**: 233 S. Wacker Drive suite 4700 Chicago, IL 60606, Registered Agent - **Corporation Service Company** 1201 Hays Street Tallahassee, FL 32301, **Breit MF B2 Investors LLC. BH Management Services, LLC. Principal Address:** 400 Locust St Suite 790 Des Moines, IA 50309,

6. Identify each person arguably eligible for restitution:

   **Charmaine Saunders**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Charmaine Saunders
Pro Se - Plaintiff
12/22/2022