UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHARMAINE SAUNDERS**,
an Individual,

*Plaintiff*,

v.

**BREIT MF PRESERVE AT LAKELAND LLC;
BH MANAGEMENT SERVICES, LLC**

*Defendants.*

CASE NO. 8:22-CV-2542-CEH-JSS

## NOTICE OF A RELATED ACTION

Pursuant to this Court's Civil Action Order and Local Rule 1.07(c), Defendants, Breit MF Preserve at Lakeland LLC and BH Management Services, LLC, hereby files this Notice of a Related Action and states as follows:

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
8:22-CV-2482-MSS-JSS
8:22-CV-2483-TPB-CPT

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Date: December 29, 2022

        */s/ Ryan D. Schoeb*
        RYAN D. SCHOEB, ESQ.
        Florida Bar No. 109257
        **WOOD, SMITH, HENNING & BERMAN LLP**
        1501 South Church Avenue, Suite 200
        Tampa, Florida 33629
        Email:     rschoeb@wshblaw.com
        Telephone: (813) 422-6910
        Fax:       (813) 425-6983

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 29, 2022, a copy of the foregoing was served via the CM/ECF portal to the following: Charmaine Saunders, charmainesaunders89@gmail.com.

        */s/ Ryan D. Schoeb*
        **RYAN D. SCHOEB, ESQ.**