UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

    Plaintiff,

v.                                                                                          Case No: 8:22-cv-2542-CEH-JSS

BREIT MF PRESERVE AT
LAKELAND, LLC and BH
MANAGEMENT SERVICES, LLC,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion to Amend Complaint (Doc. 10), filed on December 6, 2022. In the motion, Plaintiff, who is proceeding in this action *pro se*, requests an order granting her leave to amend her complaint. The Court, having considered the motion and being fully advised in the premises, will deny as moot Plaintiff's Motion to Amend Complaint.

On December 21, 2022, the Court issued an order to show cause to the Plaintiff in which Plaintiff has been ordered to file an amended complaint to cure jurisdictional deficiencies in her initial complaint. *See* Doc. 20. Thus, Plaintiff's request to amend is moot as the Court has directed the Plaintiff to file an amended complaint by January 11, 2023. Any amendments that Plaintiff sought by the motion to amend (Doc 10) should be included in the amended complaint ordered by the Court.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's Motion to Amend Complaint (Doc. 10) is **DENIED as moot**.

**DONE AND ORDERED** in Tampa, Florida on January 6, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties