UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARMAINE SAUNDERS,

   Plaintiff,

v.                                                Case No. 8:22-CV-2542 CEH-JSS

BREIT MF PRESERVE AT LAKELAND,
LLC; BH MANAGEMENT SERVICES, LLC

   Defendants.
_____

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

   Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, BREIT MF PRESERVE AT LAKELAND, LLC, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   BREIT MF PRESERVE AT LAKELAND, LLC has no parent corporation and no publicly held corporation owns more than 10% of its stock.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

BREIT MF B2 Investors LLC: State of Incorporation is Delaware; Principle Place of Business is 233 S. Wacker Drive Ste 4700, Chicago, Illinois 60606

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

BREIT MF B2 Investors LLC

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

6. Identify each person arguably eligible for restitution:

None.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

/s/ Ryan D. Schoeb
Ryan D. Schoeb, Esq.
BREIT MF PRESERVE AT LAKELAND, LLC
1/5/2023

---

(11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).