# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHARMAINE SAUNDERS,

    Plaintiff,

v.                                                           Case No: 8:22-cv-2542-CEH-JSS

BREIT MF PRESERVE AT
LAKELAND, LLC and BH
MANAGEMENT SERVICES, LLC,

    Defendants.
_____

## ORDER

This matter is before the Court on the Defendants' Disclosure Statements (Docs. 27, 28) filed pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. Because the Disclosure Statements are incomplete such that the Court is unable to determine whether diversity jurisdiction exists, the Defendants will be directed to immediately file amended disclosures.

## DISCUSSION

In pertinent part, Federal Rule of Civil Procedure 7.1 requires all parties in an action before the Court based on diversity under 28 U.S.C. § 1332(a) to file a disclosure statement that names and identifies the citizenship of every individual or entity whose citizenship is attributed to that party. Fed. R. Civ. P. 7.1(a)(2). To identify the citizenship of a limited liability company or other unincorporated entity, a party must list the citizenship of all members of that entity. *See Rolling Greens MHP, L.P. v. Comcast*

*SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). And relevant here, where a member of the party is also an LLC or unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017).

On January 10, 2023, Defendant BH Management Services, LLC, filed its Disclosure Statement. Doc. 27. BH Management Services, LLC identifies "Ellipse Holdings, LLC" and "Pensam Capital, LLC" as two of its members. While the disclosure statement identifies the principal place of business for these limited liability companies, including one of them being in the State of Florida, it does not identify the members of these LLCs or the members' citizenship. Similarly, in its disclosure statement filed the same date, Defendant Breit MF Preserve at Lakeland, LLC identifies Breit MF B2 Investors LLC as its member, but it does not further identify the member(s) of that LLC or the citizenship of the member(s). Doc. 28. Finally, BH Management Services, LLC's disclosure statement identifies that Joana Zabriskie is a resident of Michigan, but it does not identify her citizenship. *See Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994) ("Citizenship, not residence, is the key fact that must be alleged . . . to establish diversity for a natural person."). Accordingly, it is hereby

**ORDERED:**

On or before **January 19, 2023**, Defendants BH Management Services, LLC and Breit MF Preserve at Lakeland, LLC shall file amended disclosure statements pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 that fully and

completely identify the citizenship of their members, including the name and citizenship of any members of LLCs.

**DONE** and **ORDERED** in Tampa, Florida on January 12, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties