UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARMAINE SAUNDERS,

    Plaintiff,

v.                                                            Case No: 8:22-cv-2542-CEH-JSS

BREIT MF PRESERVE AT
LAKELAND, LLC and BH
MANAGEMENT SERVICES, LLC,

    Defendants.
_____/

**ORDER**

Defendants move ex parte[1] to compel Plaintiff to provide answers and responses to Defendants' First Set of Interrogatories and First Request for Production of Documents. (Motion, Dkt. 43.) Upon review of the docket, the parties have not filed a case management report, nor has the court entered a Case Management and Scheduling Order setting deadlines and scheduling the case for trial as required by Middle District of Florida Local Rule 3.02. *See also* Fed. R. Civ. P. 16(b). In its discretion, the court finds that Defendants' Motion is premature at this time, as there is no indication that the parties have conducted the initial planning conference as required by Local Rule 3.02(a) and Federal Rules of Civil Procedure 16(b) and 26(f),

---

[1] It is unclear why the Motion was labelled as "ex parte" or the extent to which it was treated as such by Defendants. Nevertheless, the court resolves the Motion without requiring a response from Plaintiff.

and the court has not yet entered a Case Management and Scheduling Order in this matter. *See Chudusama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) (Courts enjoy broad discretion in how to best manage the cases before them.).[2] Accordingly, Defendants' Ex Parte Motion to Compel Discovery Responses (Dkt. 43) is **DENIED without prejudice**.

**ORDERED** in Tampa, Florida, on January 30, 2023.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party

---

[2] The court further notes that Defendants have yet to file amended disclosure statements sufficient for the court to determine whether it has jurisdiction over this matter. *See* (Dkt. 37.)