UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARMAINE SAUNDERS,

    Plaintiff,

v.                                                  Case No: 8:22-cv-2542-CEH-JSS

BREIT MF PRESERVE AT
LAKELAND, LLC and BH
MANAGEMENT SERVICES, LLC,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*. On February 2, 2023, Defendants BH Management Services, LLC and Breit MF Preserve at Lakeland, LLC, filed documents entitled "Consent Order Granting Substitution of Attorney" and docketed as a "Stipulation Consent Order Granting Substitution of Attorney." Docs. 47, 48, 50. Because the documents do not comply with the Local Rules for the Middle District of Florida, the documents will be stricken.

## DISCUSSION

Middle District of Florida Local Rule 2.02(c) provides that "[i]f a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw, from the action." The proper procedure for a lawyer seeking to withdraw is to "file a motion to withdraw that includes (i) a certification that the lawyer has provided fourteen days' notice to the client or that the client consents to withdrawal." M.D. Fla. L.R.

2.02(c)(1)(B)(i). Moreover, *the withdrawing lawyer*, not the lawyer's present or former firm or another lawyer, must move to withdraw unless unable to do so due to emergency, disability, or death. *See* M.D. Fla. L.R. 2.02(c)(2). Finally, counsel should carefully review Middle District of Florida Local Rule 3.01 regarding the contents of motions, particularly paragraphs (a), (f), and (g) of the rule.[1] Accordingly, it is hereby

**ORDERED**

The Clerk is directed to **STRIKE** the Defendants' "Stipulation Consent Order Granting Substitution of Attorney" at Doc. 47, Doc. 48, and Doc. 50.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] The Local Rules for the United States District Court for the Middle District of Florida (Feb. 1, 2021) may be found on the Court's website. https://www.flmd.uscourts.gov/local-rules